UNITED STATES DISTRICT COURT
STATE OF NEW MEXICO

RONNIE S. ANDERSON,

    Plaintiff,

vs.                           No.   CV 09- 902 JP/LFG

CITY OF FARMINGTON,

    Defendant.

**STIPULATION**

COMES NOW Plaintiff, by and through his attorney of record, J. Edward Hollington, J. Edward Hollington & Associates, and hereby stipulates that he does not seek damages for physical or emotional injury in this case.

    Respectfully submitted:

    J. EDWARD HOLLINGTON & ASSOCIATES, P.A.

    /s/
    _____
    J. Edward Hollington
    Attorney for Plaintiff
    708 Marquette Ave. NW
    Albuquerque NM 87102
    (505) 843-9171

I CERTIFY that on the 30th day of November, 2009, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Wayne E. Bingham, Esq., Attorney for Defendant
wbingham@binghamhurst.com

/s/
_____
J. Edward Hollington, Esq.