IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONNIE S. ANDERSON,

     Plaintiff,

vs.                                  No. CIV 09-902 JP/LFG

CITY OF FARMINGTON,

     Defendant.

## NOTICE OF PRETRIAL CONFERENCE, CALL OF CALENDAR AND TRIAL

     Please note that a pretrial conference is scheduled on July 15, 2010 at 10:30 a.m. at the United

States Courthouse, 421 Gold Ave. SW, Sixth Floor, Albuquerque, New Mexico. **Counsel should be**

**prepared to discuss all pending motions at the pretrial conference**. Counsel should advise Judge

Parker, in writing, if discovery deadlines are extended beyond July 15, 2010, in order that the pretrial

conference and/or trial can be vacated and reset at a later date.

     A call of the calendar is scheduled on August 19, 2010 at 11:00 a.m. at the United States

Courthouse, 421 Gold Ave. SW, Sixth Floor, Albuquerque, New Mexico. At the call of the calendar, the

parties must be prepared to address any issues that remain pending after the pretrial conference. If trial

counsel is unable to attend the call of the calendar, substitute counsel who is prepared to discuss and give

information about the trial may attend the call of the calendar.

     This matter is set for jury selection and trial on a trailing calendar beginning on September 7,

2010 at 9:00 a.m. at the United States Courthouse, 421 Gold Ave. SW, Sixth Floor, Albuquerque, New

Mexico. Trial preparation instructions can be accessed through the Court's website at

http://www.nmcourt.fed.us.

                         MATTHEW J. DYKMAN, CLERK OF COURT

                        _____

Please direct all inquiries to:[1]  Debbie MacDonald, Administrative Assistant
                 to Senior Judge Parker
                 (505) 348-2220

A true copy of this notice/order was served – via mail or
electronic means – to counsel of record as they are shown on the Court's docket.

---

[1]  To obtain daily information regarding court settings, please refer to the court calendar which can be accessed through the Court's website at http://www.nmcourt.fed.us.